**Maverick A. Young**
**WITSEC Informant**
**ACP# 600013581**
1001 E 62nd Ave
Apt. 1695
Denver, CO
80216

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
1:30 pm, Nov 27, 2023
JEFFREY P. COLWELL, CLERK

**Urgent Complaint – Tenant Issues, Forgery, Fraud, and Property Concerns Against Canvas at Castle Rock, Cottonwood Hollow, Tscheutter Sulzer, & Avenue 5 Residential, IQData International, Assurant Recovery Solutions**

---

**Dear Attorney General Weiser,**

I am writing to draw your attention to critical matters in my current legal situation, necessitating prompt legal intervention based on federal and state laws.

**Summary of Recent Incidents:**

**1. Forged Eviction Papers:** Tschetter Sulzer, against whom I am testifying, has presented forged eviction documents in two cases, violating U.S. Federal Code Title 18 (18 U.S.C. § 1621) and Colorado State Code § 18-5-102.

**2. Law Firm Misconduct:** Unethical conduct by the law firm, including deceptive client representation, warrants legal action for the firm's closure, violating U.S. Federal Code Title 18 (18 U.S.C. § 1341) and Colorado State Code § 18-5-102.

**3. Property Investigations:** Urgent investigations are required into specified properties, potential document forgery, and ADA compliance, violating U.S. Federal Code Title 42 (42 U.S.C. § 12101) and Colorado State Code § 24-34-502.

**4. Fire Safety Concerns:** Over 35 fire alarm responses from Castle Rock Fire Station 152 have exacerbated PTSD, violating U.S. Federal Code Title 29 (29 U.S.C. § 794) and Colorado State Code § 24-34-301.

**5. Harassment and Personal Intrusions:** Unwanted personal emails disrupting the professional environment violate U.S. Federal Code Title 47 (47 U.S.C. § 223) and Colorado State Code § 18-9-111.

**Additional Property Concerns:**

**1. Injury on Property:** Potential violations of state and federal regulations may have occurred due to a lack of stairs off the patio, potentially violating Colorado State Code § 24-34-501.

**2. Inability to Pass Inspection:** Failure to pass inspections raises compliance concerns with state and federal laws, potentially violating Colorado State Code § 38-12-507.

**3. Major Leak and Inadequate Response:** A significant leak causing disruptions and violations of state and federal regulations, potentially violating Colorado State Code § 38-12-504.

**4. Unlawful Entry:** Unauthorized entry incidents may violate tenant rights and federal and state regulations, potentially violating Colorado State Code § 38-12-509.

**5. Unaddressed Concerns and Maintenance Requests:** Ongoing unmet maintenance requests may violate state and federal laws, potentially violating Colorado State Code § 38-12-505.

**Requested Actions:**

**1. Comprehensive Investigation:** Conduct a thorough inquiry into forged eviction documents and potential class action lawsuits for legal malpractices, adhering to Colorado State Code § 18-1-502.

**2. Law Firm Closure:** Initiate legal measures for the lawful closure of the law firm, safeguarding tenant interests and legal standards, adhering to Colorado State Code § 18-5-102.

**3. Property Investigations:** Conduct detailed inquiries into specified properties to uncover document forgery and ensure ADA compliance, adhering to Colorado State Code § 24-34-502.

**4. Fire Safety Enhancements:** Collaborate for critical safety measures, adhering to Colorado State Code § 24-34-301.

**5. Harassment Cessation:** Immediately cease unsolicited emails, adhering to Colorado State Code § 18-9-111.

**6. Injury Compensation:** Seek appropriate compensation, adhering to Colorado State Code § 24-34-501.

**7. Major Leak Resolution:** Seek fair compensation and resolution, adhering to Colorado State Code § 38-12-504.

**8. Prevent Unlawful Entry:** Ensure and address unauthorized entries, adhering to Colorado State Code § 38-12-509.

**9. Timely Maintenance:** Promptly address concerns and requests, adhering to Colorado State Code § 38-12-505.

**Provision Request:**

I request a provision to halt eviction proceedings and address ongoing mail fraud in compliance with relevant federal and state codes, adhering to **Colorado State Code § 13-40-122.**

**Statement about Canvas at Castle Rock & Cottonwood Hollow:**

"As Mr. Young's assistant and primary caregiver, entrusted with ensuring his well-being due to his disability, I am writing to address a series of grievances stemming from the inadequacies, negligence, and discriminatory actions exhibited by DHIR Cottonwood Hallow L.L.C. and Canvas at Castle Rock residences.

My daily interactions at the residence have unveiled a multitude of violations that demand immediate attention and resolution. Initially, the leasing agent failed to acknowledge and appropriately address Mr. Young's disabled status. There were also unclear services outlined in the lease agreement that were never executed. The promised valet trash service, with daily pickups from the porch, was never implemented, and communication about a weekly alternative service was never conveyed. Mr. Young, unlike other residents, was not provided with trash bins, forcing a lengthy walk through an active construction site to use dumpsters belonging to the construction company. Despite numerous requests, bins were only provided in April. This failure to provide essential services constitutes negligence and discrimination.

Confusion and miscommunication also marred the issue of snow removal. Although initially stated that the maintenance crew would handle snow removal, driveways were left uncleared, posing a hazard. Despite my efforts to clear the driveway, a thick layer of ice formed around the steps due to water dripping from the roof.

Upon moving into the residence on January 20, 2023, Mr. Young submitted a list of concerns to DHIR Cottonwood Hallow L.L.C. for this brand-new house. However, several issues still needed to be addressed, including non-working outlets, bubbled flooring, cabinet damage, damage to the second bathroom, a nonfunctional ADT system, and more. The air conditioning unit was found to be non-operational, and despite conflicting responses, it was eventually charged the next day. The decision to install windows in garage doors was communicated by an installer knocking on the door, but the project still needs to be completed in full as the added panel was never painted to match the door. The back porch, lacking steps and featuring a significant drop ranging from 26" to 22", led to Mr. Young's injury. Requests for appropriate access were never fulfilled. In contrast, a similar residence with a proper backyard setup has reasonable steps off the back porch. The front porch has steps and a railing, with a drop ranging from 18.5" to 26.5."

This injury has significantly impacted Mr. Young's physical, emotional, and financial well-being, hindering his ability to work and causing ongoing mobility challenges and pain. Additional maintenance requests have been ignored or not addressed within the stipulated 48-hour timeframe per the lease agreement. Despite an outside light bulb replacement, the ADT system remained nonfunctional, and various other issues persisted, including a malfunctioning toilet,

stove, automatic door lock, garbage disposal, and leaking sink. DHIR Cottonwood Hallow L.L.C. never addressed these ongoing requests and those made since the move-in date.

Essential services that have yet to work were never rectified, exacerbating as more issues arose. A clear pattern of communication gaps, inaction, and general negligence has emerged, particularly concerning an injury sustained on DHIR Cottonwood Hallow L.L.C.'s poorly maintained property. As a protected individual, Mr. Young has faced discrimination from DHIR Cottonwood Hallow L.L.C. Despite diligently following protocol and proactively addressing concerns and accommodations since January, the need for more response and resolution is disheartening. In one instance, DHIR Cottonwood Hallow L.L.C representatives unlocked and entered the residence without notice or prior permission.

Furthermore, within the second day of living at Canvas at Castle Rock, it became evident that the property was not ready for occupancy. A leak from the utility closet in the garage, leaking wastewater onto the floor and belongings, persisted throughout the day. Plumbers attempted to resolve the issue, but a compromised pipe under the concrete rendered the garage unusable for multiple days. Lack of communication and acknowledgment of the issue further exacerbated the situation. Subsequent leaks in the ceiling, attributed to an improperly installed washing machine, further demonstrated negligence.

Fire alarms were a constant issue, necessitating daily visits from the Castle Rock Fire Department to supervise the installation of the sprinkler and alarm system. Erroneous alarms occurred day and night, disrupting residents' lives and resulting in fire truck traffic for false alarms. Additional work had to be completed on the sprinkler/riser room, with workers entering the townhome without formal communication, raising concerns about the functionality of the sprinklers before the work.

Compounding these issues, I was required to be put on the lease despite being Mr. Young's caretaker. I had no liability regarding the lease, adding unnecessary complexity and responsibility. Even after being added to the lease, I was never issued a key to the residence or a garage door opener, violating Canvas at Castle Rock's protocol.

In light of the ongoing hardships and lack of resolution, we formally request an immediate and comprehensive investigation into the issues above, focusing on rectifying the existing problems and preventing future occurrences. The extent of the physical, emotional, and financial impact on Mr. Young demands swift and decisive action.

We anticipate a thorough and timely response, including acknowledgment of receipt of this formal complaint and a detailed plan for addressing and resolving each concern. Failure to address these issues promptly will leave us with no choice but to pursue legal avenues to protect Mr. Young's rights and well-being." -**T.S.H.**

**Formal Statement Regarding Alleged Violations by Tschetter Sulzer Attorneys at Law**

I trust this message finds you well. I am reaching out to express my grave concerns about a series of troubling incidents related to the conduct of Tschetter Sulzer Attorneys at Law. These matters warrant immediate attention and a thorough investigation, considering the laws and codes of the State of Colorado.

**Intimidation Tactics:**
I have endured many intimidation tactics orchestrated by Tschetter Sulzer Attorneys at Law. Rather than fostering a fair and equitable legal process, these tactics appear designed to apply undue pressure and coercion, raising serious doubts about the integrity of the ongoing legal proceedings.

**Potential Violations:**
Colorado Revised Statutes (C.R.S.) § 18-8-306 - Intimidation of a Witness or Victim.
Colorado Rules of Professional Conduct (CRPC) Rule 4.4 - Respect for Rights of Third Persons.

**Invasion of Privacy:**
I have valid reasons to suspect the engagement of private investigators in what amounts to stalking. This intrusive surveillance includes the unauthorized capture of photographs within the confines of my own home, constituting a severe invasion of privacy with disquieting concerns and potential legal violations under Colorado state laws.

**Potential Violations:**
C.R.S. § 18-3-105 - Criminal Invasion of Privacy.
Colorado Privacy Act (CPA) - Pending legislation as of my last knowledge update in January 2022.

**Forgery of Legal Documents:**
Instances have come to my attention wherein eviction documents, which I firmly believe to be forged, have been presented. This undermines the sanctity of the legal process and represents a blatant violation of federal and state laws in Colorado.

**Potential Violations:**
C.R.S. § 18-5-102 - Forgery.
C.R.S. § 18-5-114 - Criminal Possession of Forgery Tools.
Federal law under 18 U.S.C. § 1341 - Mail Fraud.

**Harassment:**
I find myself entangled in an ongoing pattern of harassment, allegedly orchestrated by landlords with the active involvement of Tschetter Sulzer Attorneys at Law. This sustained campaign has created an environment of fear and anxiety—an unacceptable and unwarranted consequence of legal proceedings, potentially violating Colorado state laws.

**Potential Violations:**
C.R.S. § 18-9-111 - Harassment.
CRPC Rule 4.4 - Respect for Rights of Third Persons.
Violation of the Americans with Disabilities Act (ADA) if harassment is related to a disability.

**Unethical Conduct:**
The cumulative impact of these actions strongly indicates a discernible pattern of unethical conduct unbefitting a law firm of esteemed reputation. This recurrent behavior raises substantial concerns about the firm's dedication to upholding foundational principles of justice, fairness, and respect for individual rights, potentially infringing upon Colorado state laws.

**Violations:**
- Colorado Rules of Professional Conduct (CRPC)
- 18 U.S.C. § 1341 - Mail Fraud
- Tortious Business Interference
- Common law torts in Colorado, with potential application of specific statutes based on jurisdiction.
- Violation of Cease-and-Desist Orders
  - Potentially violating C.R.S. § 13-40-122 in Colorado
- Contempt of court: specific statutes may apply based on jurisdiction, potentially involving violations under Colorado state laws.
  - Reference C.R.S. § 18-1-401 for contempt of court in Colorado
- Colorado Eviction Laws
  - Potential violations under C.R.S. Title 38, Article 12 governing forcible entry and detainer
- Federal Housing Rights
  - Potentially infringing upon the Fair Housing Act (42 U.S.C. § 3601 et seq.)
- ADA Rights
  - Potential violations under the Americans with Disabilities Act (42 U.S.C. § 12101 et seq.)
- Fair Housing
  - Reference the Fair Housing Act (42 U.S.C. § 3601 et seq.)

Given the gravity of these concerns, I formally request a comprehensive investigation into Tschetter Sulzer Attorneys at Law practices, aligning with the laws and codes of the State of Colorado. The severity of these allegations necessitates a thorough examination by Colorado state authorities. Such an investigation is imperative for safeguarding individual rights and ensuring accountability for potential violations.

I am prepared to furnish any required documentation or provide testimony to support this inquiry. Prompt and decisive action will be taken to address these issues, restoring faith in the legal process.

Thank you for your prompt attention to this matter.

**Claim for Damages:**

I now claim $25 million in damages due to severe harm in compliance with federal and state regulations. If paid within 30 days, I will settle for 2.5 million and will not testify against either party in federal court.

Your professional expertise and guidance in these matters are urgently sought. I request your earliest availability for a consultation. Thank you for your immediate consideration.

**Sincerely,**

*May*

**Maverick A. Young**
**(W.I.T.S.E.C.) Protected Informant**

**Addendum:**
I also bring to your attention the involvement of IQ Data International & Assurant Recovery Solutions, the collection agency, in endangering a WITSEC informant. Their actions are highly concerning and require investigation concerning the issues above. They also contacted former family members from the family that trafficked me, so they violated WITSEC rules and violated national Security.

**Service of Process:**
This formal complaint, along with all supporting documents, has been served via e-mail to all relevant parties on this date.

**7.1 Procedure Rules for U.S. District Court:**
This complaint adheres to the rules and procedures outlined in Rule 7.1 of the Local Rules of Practice for the United States District Court for the District of Colorado. All necessary attachments and information required by the rules have been included for the Court's consideration.

I respectfully submit this Motion to Waive Court Costs under the United States District Court guidelines with this case.

**Introduction:**
I am the plaintiff in the case above, and due to financial constraints, I am seeking a waiver of court costs by the provisions outlined in the U.S. District Court guidelines.

**Legal Basis:**
I assert my eligibility for a waiver based on my current assets of $0

**Financial Hardship:**

I am facing significant financial hardship, as evidenced by $0.00 U.S. Dollars. This economic hardship makes it impracticable for me to pay the court costs associated with this case.

**Supporting Documentation:**
Attached herewith are relevant financial documents that further substantiate my financial hardship. These include Chime Bank statements.

**Previous Court Fee Waivers:**
I would like to inform the court that I have not sought or been granted a waiver of court costs in any other case within the last specified the time as per local rules.

**Request for Waiver:**
Given the circumstances outlined above, I request the court waive all court costs associated with this case.

**Conclusion:**
The waiver of court costs is warranted, given my financial situation and the applicable legal provisions. I appreciate the court's consideration of this motion and look forward to a favorable resolution.

Thank you for your attention to this matter.

**CC: Clerk of Court US District Court**
**CC: Federal Bureau of Investigation**
**CC: Attorney General Phil Weiser**
**CC: Office of Inspector General**
**CC: Department of Justice**
**CC: Weld County Court**
**CC: ACLU Colorado**
**CC: HUD**